IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY, an Arizona corporation<br>Plaintiff,<br><br>vs.<br><br>SHANNON HAIKEY, an individual<br>Defendant. | )<br>)<br>)<br>)<br>) Case No. CIV-09-147-SPS<br>)<br>)<br>) |

## OPINION AND ORDER GRANTING UNOPPOSED MOTION
## OF PLAINTIFF AMERICAN RELIABLE TO TRANSFER

There being no objection by the Defendant, the Unopposed Motion of Plaintiff American Reliable to Transfer and Brief in Support [Docket No. 11] is hereby granted. The above-styled action is accordingly transferred to the United States District Court for the Northern District of Oklahoma for the convenience of parties and witnesses in the interest of justice pursuant to 28 U.S.C. § 1404(a).

Dated this  4TH  day of June, 2009.

STEVEN P. SHREDER,
UNITED STATES MAGISTRATE JUDGE